SEYFARTH SHAW LLP
Amanda Lyn Genovese
Amanda Williams
620 Eighth Avenue
New York, NY 10018
agenovese@seyfarth.com
awilliams@seyfarth.com
Telephone: (212) 218-5621

*Attorneys for Defendants*
*UnitedHealth Group Incorporated,*
*UnitedHealthcare Insurance Company,*
*Oxford Health Plans (NJ), Inc., and UMR, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HEALTHCARE JUSTICE COALITION NJ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., UNITEDHEALTHCARE INSURANCE COMPANY, OXFORD HEALTH PLANS (NJ), INC., UMR, INC., and DOES 1-20, inclusive.<br><br>Defendants. | Civil Action No.:<br>1:24-cv-00493-ESK-SAK<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS**<br><br>*Oral Argument Requested*<br><br>Motion Return Date: August 3, 2026 |

**PLEASE TAKE NOTICE** that Defendants UnitedHealth Group

Incorporated, UnitedHealthcare Insurance Company, Oxford Health Plans (NJ),

Inc., and UMR, Inc. (collectively "Defendants"), by and through their undersigned

counsel, hereby move, on August 3, 2026, or as soon thereafter as may be heard,

before the Honorable Edward S. Kiel, U.S.D.J. of the United States District Court,

District of New Jersey, Mitchell H. Cohen Building and U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an order dismissing the First Amended Complaint of Plaintiff Healthcare Justice Coalition NJ, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6).  In support of their Motion to Dismiss, Defendants rely on the accompanying Memorandum of Law, the Declaration of Amanda L. Genovese and exhibit thereto, the Declaration of Jane Stalinski and exhibits thereto, and upon all the pleadings and proceedings in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument, if their Motion to Dismiss is opposed.

**WHEREFORE** Defendants pray this District Court will dismiss the First Amended Complaint, and grant such other relief as the Court may deem just and proper.

Dated:  June 4, 2026                    Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Amanda Lyn Genovese*
Amanda Lyn Genovese

*Attorneys for Defendants*

2