# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HEALTHCARE JUSTICE COALITION NJ, LLC, | : | Civil Action No. 24-cv-493 |
| | : | |
| Plaintiff, | : | |
| v. | : | **NOTICE OF UNOPPOSED MOTION** |
| | : | **TO SEAL PURSUANT TO L. CIV. R.** |
| UNITEDHEALTH GROUP, INC., | : | **53** |
| UNITEDHEALTHCARE INSURANCE | : | |
| COMPANY, OXFORD HEALTH | : | |
| PLANS (NJ), INC., UMR, INC., and | : | |
| DOES 1-20, inclusive, | : | |
| | : | |
| Defendants. | : | |

To:   SEYFARTH SHAW LLP
      Amanda Lyn Genovese (No. 901632012)
      Amanda Williams (No. 332222020)
      620 Eighth Avenue
      New York, NY 10018
      agenovese@seyfarth.com
      awilliams@seyfarth.com
      Telephone: (212) 218-5621

      Cathryn M. Johns (*PHV*)
      Seaport East, Suite 1200
      Two Seaport Lane
      Boston, MA 02210
      cjohns@seyfarth.com
      Telephone: (617) 946-4800

   *Attorneys for Defendants UnitedHealth
   Group, Inc., United Healthcare Insurance
   Company, Oxford Health Plans (NJ), Inc.,
and UMR, Inc.*

#496606v1

**PLEASE TAKE NOTICE** that, upon the accompanying Certification of Michael Killingsworth in support; Proposed Order, and Memorandum of Law; and upon all the prior pleadings and proceedings herein, Plaintiff, by and through its counsel, Lauletta Birnbaum, LLC, will move this Court, on August 3, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Edward S. Kiel, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets Camden, New Jersey 08101, for an Order, pursuant to Local Civil Rule 5.3(c): (1) sealing certain identified parts of Dkt. 140 and the attached exhibits; and (ii) for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** Plaintiff represents that the relief sought in this Motion is unopposed.

Dated:  July 9, 2026

By:  /s/ *Dante B. Parenti*
Dante B. Parenti, Esq.
**LAULETTA BIRNBAUM, LLC**
591 Mantua Blvd., Suite 200
Sewell, New Jersey 08080
Tel: 856-232-1600
Fax: 856-232-1601
dparenti@lauletta.com
*Attorneys for Plaintiff, Healthcare Justice Coalition NJ, LLC*

-and-

#496606v1

Michael Killingsworth, Esq. (**PRO HAC**)
Benjamin Foster, Esq. (**PRO HAC**)
**FOSTER YARBOROUGH+KILLINGSWORTH PLLC**
The Lyric Center
440 Louisiana, Suite 1800
Houston, TX 77002
michael@fyktriallaw.com
ben@fyktriallaw.com

Eric D. Chan, Esq. (**PRO HAC**)
Avi W. Rutschman, Esq. (**PRO HAC)**
**ATHENE LAW, LLP**
10866 Washington Blvd., #142
Los Angeles, CA 90232-3610
Tel: 310-913-4013
eric@athenelaw.com
avi@athenelaw.com
*Attorneys for Plaintiff Healthcare Justice Coalition NJ, LLC*

## CERTIFICATION OF SERVICE

I, Dante B. Parenti, certify that on July 9, 2026, I caused a true and correct copy of the foregoing to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Dante B. Parenti*
DANTE B. PARENTI, ESQ.

*Attorneys for Plaintiff Healthcare Justice Coalition NJ, LLC*

#496606v1